**No. 58445.**—Emery, Russell & Goodrich, Inc. *v.* United States, protest 202619–K (Boston).

Opinion by OLIVER, C. J.   At the trial, it was stipulated that the clean content of the wools in question, as determined under the judicial interpretation of the statutory phrase, "clean content of wool," in *United States* v. *Fred Whitaker Company, Inc.* (40 C. C. P. A. 19, C. A. D. 492), was 69.2 percent.   On the agreed facts, the wools in question were held to be dutiable on the basis of 69.2 percent of clean content at the rates applied by the collector.